UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BARNO,<br><br>    Plaintiff,<br><br>v.<br><br>C. FRAZIER, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01387-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE<br><br>(ECF NO. 16)<br><br>30-DAY DEADLINE |

Rodney Barno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 31, 2019, Plaintiff filed a motion for an extension of time to respond to the Court's screening order and a request for an order to access the law library. (ECF No. 14). Plaintiff requested an extension of time because on May 11, 2019, he began experiencing serious medical problems that resulted in his going to his institution's urgent care unit for approximately four days. He was then transferred to the emergency room at Natividad Medical Center. Plaintiff returned to his institution on May 19, 2019, but continued to experience serious medical problems. Plaintiff asked that he be given until June 28, 2019, to respond to the Court's screening order.

Additionally, Plaintiff alleged that he was being denied "sufficient" access to the law library. Plaintiff alleged that when he changed jobs, Librarian Webb was upset and stopped Plaintiff's Priority Legal User status via the Ducat system. Plaintiff asked for an order informing

the Warden that Plaintiff has a Court deadline and needs access to the law library.

The Court granted Plaintiff sixty days to respond to the Court's screening order, sent Plaintiff a copy of the screening order, and denied Plaintiff's request for an order informing the Warden that Plaintiff has a Court deadline and needs access to the law library. (ECF No. 15, p. 2).

On July 31, 2019, Plaintiff filed a notice. (ECF No. 16). Plaintiff states that he now has access to the law library, but due to the side effects of medications he was recently placed on, he is unable to meet the deadline to respond to the screening order.[1]

Given Plaintiff's allegation that he is unable to meet the deadline to respond to the Court's screening order due to the side effects of his medications, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to respond to the screening order (ECF No. 12). If Plaintiff fails to respond within the thirty day period, the Court may recommend that Plaintiff's case be dismissed for failure to comply with a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **August 9, 2019**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also asserts that he should not be required to plead detailed factual allegations, because Federal Rule of Civil Procedure 8 only requires a short and plain statement. Plaintiff is correct that he is not required to plead detailed factual allegations. However, he is required to plead facts sufficient to state a claim, and for the reasons described in the screening order, Plaintiff failed to do so.

2