# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BARNO,<br><br>        Plaintiff,<br><br>    v.<br><br>C. FRAZIER, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01387-LJO-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 19) |

On October 18, 2019, Plaintiff filed a notice stating that he voluntarily dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 19). Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

    Dated: __**October 22, 2019**__          /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE